[No. 69797-8-I.   Division One.   May 5, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SANDRA JESSIE
HIMMELMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-homish County, No. 11-1-02354-5, Janice E. Ellis, J., entered January 3, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, C.J., and Appel-wick, J.

[No. 69845-1-I.   Division One.   May 5, 2014.]

*In the Matter of the Estate of* MICHELLE RENEE WESTER.

ARVIN WESTER ET AL., *Respondents*, v. SAMANTHA G. TOWNSON,
*Individually and as Trustee, Appellant*.

Appeal from a judgment of the Superior Court for What-com County, No. 10-4-00287-5, Steven J. Mura, J. Pro Tem., entered January 3, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Appel-wick, J.

[No. 70065-1-I.   Division One.   May 5, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFRY DAVID
SANDVIG, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-homish County, No. 10-1-01643-5, Joseph P. Wilson, J., entered February 25, 2013. *Affirmed* by unpublished opin-ion per Schindler, J., concurred in by Spearman, C.J., and Appelwick, J.